IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KARL EDWARD HERRINGTON,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 16-cv-451-wmc

LOUIS WILLIAMS II,

    Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying Karl Edward Herrington's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 5/15/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |